**Official Form 1 (4/07)**

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**New Millennium Telecommunications, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4284794** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2019 West 95th Street**<br>**Chicago, IL**<br>ZIP Code **60643** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ☒ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                           FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **New Millennium Telecommunications, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**New Millennium Telecommunications, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604**

Address

**(312) 427-1558 Fax: (312) 427-1289**
Telephone Number

**November 5, 2007**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lawrence A. Haynes**
Signature of Authorized Individual

**Lawrence A. Haynes**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 5, 2007**
Date

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  New Millennium Telecommunications, Inc.  
         Debtor(s)

Case No.  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Adalberto Nunez<br>3332 North New England<br>Chicago, IL 60634 | Adalberto Nunez<br>3332 North New England<br>Chicago, IL 60634 | Capital Contribution | Disputed | 57,500.00 |
| Asset Acceptance LLC<br>P.O. Box 318035<br>Cleveland, OH 44131-8035 | Asset Acceptance LLC<br>P.O. Box 318035<br>Cleveland, OH 44131-8035 | Services | Disputed | 1,548.66 |
| AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | Services | Disputed | 4,711.60 |
| AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | Services |  | 1,801.84 |
| City of Chicago - Department of Revenue<br>Tax Division<br>333 South State Street<br>Suite 300<br>Chicago, IL 60604 | City of Chicago - Department of Revenue<br>Tax Division<br>333 South State Street<br>Chicago, IL 60604 | Telecommunications Taxes | Disputed | 48,405.77 |
| Globalcom, Inc.<br>200 East Randolph Street<br>23rd Floor<br>Chicago, IL 60601 | Globalcom, Inc.<br>200 East Randolph Street<br>23rd Floor<br>Chicago, IL 60601 | Usage Charges | Contingent<br>Unliquidated<br>Disputed | 16,693.64 |
| Raphael Hannah<br>1255 South Michigan<br>Apt. 507<br>Chicago, IL 60605 | Raphael ~Hannah<br>1255 South Michigan<br>Apt. 507<br>Chicago, IL 60605 | Loan | Disputed | 150,000.00 |
| Illinois Bell Telephone Co. d/b/a AT&T<br>722 North Broadway<br>11th Floor<br>Milwaukee, WI 53202 | Illinois Bell Telephone Co. d/b/a AT&T<br>722 North Broadway<br>11th Floor<br>Milwaukee, WI 53202 | Trade Credit | Disputed | 155,755.69 |
| Paychex, Inc.<br>4300 Weaver Parkway<br>Suite 100<br>Warrenville, IL 60555 | Paychex, Inc.<br>4300 Weaver Parkway<br>Suite 100<br>Warrenville, IL 60555 | Services |  | 853.54 |

In re   New Millennium Telecommunications, Inc.                                      Case No.

                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| R.H. Donnelley<br>Attn: Customer Care<br>1615 Bluff City Highway<br>Bristol, TN 37620 | R.H. Donnelley<br>Attn: Customer Care<br>1615 Bluff City Highway<br>Bristol, TN 37620 | Advertising | Disputed | 12,365.74 |
| Reunion Communications, Inc.<br>106 West Calendar Avenue<br>Suite 190<br>La Grange, IL 60525 | Reunion Communications, Inc.<br>106 West Calendar Avenue<br>Suite 190<br>La Grange, IL 60525 | Trade Credit | Disputed | 8,803.40 |
| Cecilia Roberts<br>8122 South Rhodes<br>Chicago, IL 60619 | Cecilia Roberts<br>8122 South Rhodes<br>Chicago, IL 60619 | Loan | Disputed | 50,000.00 |
| United Graphics & Mailing Group<br>2200 East Estes Avenue<br>Elk Grove Village, IL 60007 | United Graphics & Mailing Group<br>2200 East Estes Avenue<br>Elk Grove Village, IL 60007 | Trade Credit | Disputed | 601.11 |
| Verizon North, Inc.<br>500 Technology Drive<br>Suite 810<br>Saint Charles, MO 63304 | Verizon North, Inc.<br>500 Technology Drive<br>Suite 810<br>Saint Charles, MO 63304 | Trade Credit | Contingent<br>Unliquidated<br>Disputed | 64,703.62 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   November 5, 2007                        Signature   /s/ Lawrence A. Haynes
                                                           Lawrence A. Haynes
                                                           President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Adalberto Nunez
3332 North New England
Chicago, IL 60634


Asset Acceptance LLC
P.O. Box 318035
Cleveland, OH 44131-8035


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


CBCS
PO Box 69
Columbus, OH 43216


Chicago Addressing-Merchants Co.
2300 South Kedvale
Chicago, IL 60623


City of Chicago
Mara S. Georges, Corporation Counsel
30 North LaSalle Street
Suite 900
Chicago, IL 60602-2580


City of Chicago - Department of Revenue
Tax Division
333 South State Street
Suite 300
Chicago, IL 60604


Frank J. Del Medico, Esq.
2501 South Des Plaines Avenue
Riverside, IL 60546


Globalcom, Inc.
200 East Randolph Street
23rd Floor
Chicago, IL 60601


Raphael Hannah
1255 South Michigan
Apt. 507
Chicago, IL 60605
```

Lawrence A. Haynes
8531 South Kilpatrick Avenue
Chicago, IL 60652


Illinois Bell Telephone Co. d/b/a AT&T
722 North Broadway
11th Floor
Milwaukee, WI 53202


KCA Financial Services, Inc.
628 North Street
PO Box 53
Geneva, IL 60134


Paychex, Inc.
4300 Weaver Parkway
Suite 100
Warrenville, IL 60555


R.H. Donnelley
Attn: Customer Care
1615 Bluff City Highway
Bristol, TN 37620


Reunion Communications, Inc.
106 West Calendar Avenue
Suite 190
La Grange, IL 60525


Cecilia Roberts
8122 South Rhodes
Chicago, IL 60619


Rossi Real Estate Corp.
2801 Centre Circle Drive
Downers Grove, IL 60515


Solomon and Solomon, P.C.
5 Columbia Circle
Albany, NY 12203


United Graphics & Mailing Group
2200 East Estes Avenue
Elk Grove Village, IL 60007

```
Verizon North, Inc.
500 Technology Drive
Suite 810
Saint Charles, MO 63304
```